# Court of Appeals
# of the State of Georgia

ATLANTA,  October 24, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0067.  ADDRENNA GILCHRIST v. DEJUAN E. GILCHRIST.**

In this application for discretionary appeal, Addrenna Gilchrist seeks review of the trial court's September 7, 2012, order.  In that order, the court denied Addrenna's motion to modify the parties' child visitation schedule.

Pursuant to OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases including . . . awarding or refusing to change child custody" are directly appealable. And actions seeking to change visitation are considered to be child custody cases.  See *Edge v. Edge*, 290 Ga. 551, 552 (1) (722 SE2d 749) (2012). Accordingly, the September 7 order is directly appealable.  See id.

Ordinarily, we will grant a timely application when the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  In this case, however, a review of our docket indicates that Addrenna also filed a notice of direct appeal from the September 7 order.  This application is therefore superfluous, and is hereby DISMISSED as such.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/24/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*